# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARLA R. PHILLIPS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: **3:09-cv-00367-PMF** |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that pursuant to an Order entered by United States Magistrate Judge Philip M. Frazier on February 19, 2010 (Doc. 19), the final decision of the Commissioner of Social Security is AFFIRMED. Plaintiff shall take nothing from this action.

**DATED: February 19, 2010.**

                                                    **NANCY J. ROSENSTENGEL, CLERK**

                                                    **By:s/Deborah Agans, Deputy Clerk**

**Approved by:**
**/s/ *Philip M. Frazier***
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**